# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENN TREATY AMERICAN CORPORATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**AMERICAN INDEPENDENT NETWORK INSURANCE COMPANY OF NEW YORK,**<br><br>**Defendant.** | **CIVIL ACTION**<br><br>NO. 5:21-cv-01665-JLS |

## NOTICE OF DISMISSAL

Plaintiff hereby voluntarily dismisses this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  December 28, 2022

/s/ *Douglas Y. Christian*
Douglas Y. Christian
Brittany M. Wilson
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
(215) 665-8500
christiand@ballardspahr.com
wilsonbm@ballardspahr.com

Attorneys for Plaintiff